Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Naomi R. Trenado

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI R. TRENADO, | ) Case No.: 1:10-cv-01864-SKO |
| Plaintiff, | ) |
| vs. | ) ORDER OF DISMISSAL OF ACTION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Dismissal signed by the parties (Doc. 13), the above captioned matter is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 26, 2011**                              **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com